EDWARD W. LUKAS, JR., State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
Email: elukas@hfdclaw.com

LEIGH C. TAGGART (pro hac vice requested)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304-5151
Telephone: (248) 566-8496
Email: ltaggart@honigman.com

Attorneys for Defendants
STARWOOD HOTELS & RESORTS WORLDWIDE, INC. AND W HOTEL MANGEMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GATIEN, an individual;<br><br>　　　Plaintiff,<br><br>vs.<br><br>STARWOOD HOTELS & RESORTS WORLWIDE, INC., a Maryland Corporation; W HOTEL MANAGEMENT, INC., a Delaware Corporation, and DOES 1-10, inclusive.<br><br>　　　Defendants. | Case No. 2:17-cv-01864<br>Assigned to the Hon. Cormac J. Carney<br>Complaint Filed: 3/08/17<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO TRANSFER VENUE TO THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>[Filed concurrently with Supporting Brief and Proposed Order]<br><br>Date:　　August 14, 2017<br>Time:　　1:30 P.M.<br>Ctrm:　　9B |

TO PLAINTIFF PETER GATIEN, AND TO HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 14, 2017 at 1:30 p.m., before the Honorable Cormac J. Carney, United States District Court, Central District of California,

in Courtroom 9B located at the Ronald Reagan Federal Building and United States District Court at 411 W. Fourth St., Santa Ana, California 92701, Defendants Starwood Hotels and Resorts Worldwide, Inc. and W Hotel Management, Inc. (the "Hotel Defendants") will and hereby do move this Court, pursuant to 28 U.S.C. §1404(a) to transfer venue of this action to the District of Massachusetts for the convenience of the witnesses, for access to evidence, and in the interests of justice.

As discussed in the accompanying brief, the Complaint does not allege that the plaintiff resides in this District, that any of the acts upon which this case is based occurred in this District, that any of the effects of the alleged acts of intellectual property infringement were felt in this District, or that any of the percipient witnesses and evidence are found in this District. Because this case could have been filed in the District of Massachusetts where the alleged acts of infringement occurred, where the majority of the percipient witnesses (including non-party witnesses) reside, and where most if not all of the other evidence may be found, transfer to the District of Massachusetts is proper and in the interests of justice. Further, Plaintiff is an individual alleged to reside in New York City, which is much closer to the transferee forum and is therefore more convenient even for the plaintiff in this case.

Pursuant to Local Rule 7-3, counsel for the Hotel Defendants spoke with Plaintiff's counsel Jeffrey Gluck by telephone on July 7, 2017, and spoke with Plaintiff's counsel David Erikson on July 10, 2017 to discuss the bases for this motion and the relief sought. Counsel had a cordial and professional conversation about this motion, however Plaintiff did not concur in the relief sought by this motion.

///
///
///
///
///
///

1  This motion is based upon this Notice of Motion and Motion, the Memorandum of
2  Points and Authorities attached hereto, the Declaration of Rob Hunter filed concurrently
3  herewith, the entire court file in this action, including Plaintiff's Complaint, and upon
4  such further oral and written matters as may be presented at or before the hearing on this
5  motion.

Dated: July 10, 2017

By: /s/ Edward W. Lukas, Jr.
Edward W. Lukas, Jr. (SBN 155214)
Harrington, Foxx, Dubrow & Canter,
1055 W. Seventh Street, 29th Floor
Los Angeles, CA 90017
Tel: (213) 489-3222 x 227
E-mail: elukas@hfdclaw.com

*Attorneys for Defendants Starwood Hotels & Resorts Worldwide, Inc., and W Hotel Management, Inc.*

Leigh C. Taggart (P63765)
Honigman Miller Schwartz and Cohn
39400 Woodward Avenue, Suite 101
Bloomfield Hills, Michigan 48304
Tel: (248) 566-8496
E-mail: ltaggart@honigman.com
*Pro Hac Vice Admission to be Requested*

*Attorneys for Defendants Starwood Hotels & Resorts Worldwide, Inc., and W Hotel Management, Inc.*

---

HONIG.003\Motion to Transfer Venue\Motion to Transfer Venue to the District of Massachusetts    3
25069610.1
MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

On July 10, 2017, I electronically filed the following document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet:

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO TRANSFER VENUE TO THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. § 1404(a)**

[X]   (FEDERAL)   I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 10, 2017 at Los Angeles, California

/s/ Martha Aguilar
MARTHA AGUILAR
Email: maguilar@hfdclaw.com

## SERVICE LIST

| | |
|---|---|
| Jeffrey S. Gluck (SBN 304555)<br>GLUCK LAW FIRM PC<br>123 N. Kings Road, Suite 6<br>Los Angeles, CA 90048<br>jeff@gluckip.com<br>T: 301.776.7413 | Attorneys for Plaintiff<br><br>PETER GATIEN, an individual |
| David Alden Erickson (SBN 189838)<br>S. Ryan Patterson (SBN 279474)<br>ERICKSON LAW GROUP<br>200 N. Larchmont Boulevard<br>Los Angeles, CA 90004<br>david@daviderikson.com<br>ryan@daviderickson.com<br>T: 323.465.3100<br>F: 323.465.3177 | Attorneys for Plaintiff<br><br>PETER GATIEN, an individual |