**GLUCK LAW FIRM P.C.**
Jeffrey S. Gluck (SBN 304555)
  Jeff@GluckIP.com
123 N. Kings Road, Suite 6
Los Angeles, California 90048
Telephone: 310.776.7413

**ERIKSON LAW GROUP**
David Alden Erikson (SBN 189838)
  david@davidirikson.com
Antoinette Waller (SBN 152895)
  antoinette.waller@att.net
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PETER GATIEN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, INC, a Maryland Corporation; W HOTEL MANAGEMENT, INC., a Delaware Corporation; ST ENTERTAINMENT GROUP, INC., a Massachusetts Corporation; and DOES 1-10 inclusive.<br><br>Defendants. | Case No. 2:17-cv-01864-CJC-JEM<br>Assigned to the Hon. Cormac J. Carney<br><br>**NOTICE OF NON-OPPOSITION TO MOTION TO TRANSFER VENUE TO THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. SECTION 1404(a)**<br><br>Date:  August 14, 2017<br>Time:  1:30p<br>Ctrm:  9B |

Plaintiff Peter Gatien ("Plaintiff") hereby submits and reports his non-opposition to Defendants' Motion to Transfer Venue to the District of Massachusetts Pursuant to 28 U.S.C. Section 1404(a) (Docket 22) (the "Motion"). As the Motion acknowledges, venue is appropriate and proper in this District. However, based on Defendants' assertions of convenience of the witnesses, access

to evidence and in the interests of justice, Plaintiff has no objection to transfer of the action to the District of Massachusetts as requested in the Motion. Therefore, if the Court finds that the Motion is well-taken and the requirements are met for transfer, Plaintiff does not oppose the transfer of this matter to the District of Massachusetts.

DATED: July 24, 2017				ERIKSON LAW GROUP


					By:	       /s/
						David Alden Erikson
						Attorney for Plaintiff Peter Gatien