JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PETER GATIEN,<br><br>        Plaintiff,<br><br>  v.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, INC., and W HOTEL MANAGEMENT,<br><br>        Defendants. | Case No.: CV 17-01864-CJC(JEMx)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF MASSACHUSETTS** |

    Plaintiff Peter Gatien filed this lawsuit on March 8, 2017, alleging four causes of action against Defendants Starwood Hotels & Resorts Worldwide, Inc., and W Hotel Management arising out of Defendants' use of a logo that allegedly misappropriates Plaintiff's logo.  (Dkt. 1.)  Before the Court is Defendants' motion to transfer venue to

the District of Massachusetts pursuant to 28 U.S.C. § 1404(a).  (Dkt. 22.)  As Plaintiff filed a notice of non-opposition to Defendants' motion, (Dkt. 28), Defendants' motion to transfer venue to the District of Massachusetts is hereby GRANTED.[1]

DATED:   July 28, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

---

[1] Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing.  See Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing set for August 14, 2017, at 1:30 p.m. is hereby vacated and off calendar.